UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| L. T., on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants - Appellants. | No. 26-4902 <br><br> D.C. No. 5:26-cv-00322-SSS-SPCentral District of California, Riverside <br><br> ORDER |

Before: McKEOWN, FRIEDLAND, and MILLER, Circuit Judges.

On July 31, 2026, the government requested an emergency stay of the district court's preliminary injunction order of July 16, 2026. Although the district court issued a detailed preliminary injunction, it stated that a "full memorandum of decision" would be issued at a later date. That statement of reasons has not yet been issued. In view of the requirement under Federal Rule of Civil Procedure 65(d) that "[e]very order granting an injunction . . . state the reasons why it issued," we are unable to review the injunction, so we administratively stay the preliminary injunction pending the district's court provision of its "full memorandum," and then until further action by this court.

Upon receipt of the district court's statement of reasons, the parties shall have five days to submit simultaneous briefing on the impact of that memorandum on the government's emergency motion.

We note the government's representation that "the substantive care standards the injunction prescribes are obligations GEO already owes ICE by contract." We assume that, during this administrative stay period, the government will enforce the terms of the contract in good faith.

The deadlines for merits briefing of this appeal are vacated. This court will issue a new briefing schedule following the issuance of the memorandum of decision.

**IT IS SO ORDERED.**